**WAJDA LAW GROUP, APC**
Nicholas M. Wajda (Cal. Bar No. 259178)
6167 Bristol Parkway
Suite 200
Culver City, California 90230
+1 310-997-0471
nick@wajdalawgroup.com
*Attorneys for the Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY WHEELER, | Case No. 2:21-cv-02344-PA-PVC |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| USCB AMERICA, | |
| Defendant. | |

PLEASE TAKE NOTICE that KELLY WHEELER ("Plaintiff") and USCB AMERICA ("Defendant"), hereby notify the Court the parties have reached settlement, and are in the process of completing the settlement agreement and filing dismissal papers. The parties anticipate filing dismissal papers within 45 days.

DATED: April 26, 2021

Respectfully submitted,

**KELLY WHEELER**

By: */s/ Nicholas M. Wajda*

**WAJDA LAW GROUP, APC**
Nicholas M. Wajda (Cal. Bar No. 259178)
6167 Bristol Parkway
Suite 200
Culver City, California 90230
+1 310-997-0471
nick@wajdalawgroup.com