NICHOLAS M. WAJDA (State Bar #259178)
Attorney Email Address: nick@wadjalawgroup.com
WAJDA LAW GROUP, APC
6167 Bristol Parkway, Suite 200
Culver City, California 90230
Telephone: (310) 997-0471
Facsimile: (866) 286-8433
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY WHEELER, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>USCB AMERICA,<br><br>Defendant. | Case No. . 2:21-cv-02344-PA-PVC<br><br>**NOTICE OF DISMISSAL** |

NOW COMES the Plaintiff, KELLY WHEELER, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismissing his individual claims against Defendant, USCB AMERICA, with prejudice. Pursuant to Fed. R. Civ. P. 23(e), the class claims are dismissed without prejudice. Each party to bear its own attorney's fees and cost.

DATED: May 6, 2021                    Respectfully submitted,

**KELLY WHEELER**

*/s/ Nicholas M. Wajda*
Nicholas M. Wajda (Cal. Bar No. 259178)
WAJDA LAW GROUP, APC
6167 Bristol Parkway Suite 200
Culver City, California 90230
+1 310-997-0471
nick@wajdalawgroup.com

1